# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| <u>Benjamin K. Scott,</u> <br> Plantiff, <br><br> Vs. <br><br> <u>Marquette Tranportation Company, LLC,</u> <br> <u>River Division,</u> <br><br> and, <br><br> <u>Healrhworks Medical, LLC, of Paducah, KY,</u> <br> Defendants. | ) **Complaint for Employment Discrimination** <br> ) <br> ) **Case No.** 5:21-CV-125-TBR <br> ) <br> ) **Jury Trial**: <u>Yes</u> <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

```
                        FILED
              JAMES J. VILT JR., CLERK
               U.S. DISTRICT COURT
                W/D OF KENTUCKY

           Date: _____Sep 07, 2021_____
```

1. **The Parties to This Complaint**

    A. **The Plaintiff**

    Benjamin K. Scott

    902 Vinewood Lane, Apartment C
    Marion, Williamson County,
    Illinois 62959
    Cell Number: (618) 300-8130
    Email: brobenyamin@yahoo.com

    B. **The Defendants**

    Defendant No. 1

    Marquette Transportation, LLC, River Division

    150 Ballard Circle
    Paducah, McCracken County,
    Kentucky, 42001
    Telephone Number: (855) 682-2628

      Defendant No. 2

    Healthworks Medical, LLC
    127 Albien Barkley Dr.
    Paducah, McCracken County,
    Kentucky, 42001
    Telephone Number: (270) 448-9355

    **C. Place of Employment**

      The place I sought employment and was later hired at by Defendant No. 1 is:

        Marquette Transportation, LLC, River Divison
        150 Ballard Circle
        Paducah, McCracken County,
        Kentucky, 42001
        Telephone Number: (855) 682-2628

**II. Basis for Jurisdiction**

  This action is brought for discrimination in employment pursuant to:

1. Title VII of the Civil Rights ACt of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender/sex);
2. Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117;
3. The Genetic Information Nondiscrimination Acr of 2008, as codified, 42 U. S.C. 2000ff et. seq.;
4. Kentucky Revised Statutes Title XXVII § 344.040;
5. Louisville Metro Ordinance No. 046, Series 2014; and,
6. The illinois Job Opportunities for Qualified Applicants Acr, as codified, 620 ILCS 75, et. seq.

### III. Statement of Claims

A. Race Discrimination

On November 5, 2019, after applying online to Marquette Transportation Company, LLC, River Divison (hereafter "Marqeutte" or 'The Company") for the Towboat Cook position, i was discrimnated against because of my race/color (African American) after answering "yes" to the Company's criminal background inquiry.

B. Gender/Sex Discrimination

Between November 5, 2019 and Augusr 17, 2020 I was discriminated against by Marquette on the basis of my gender/sex when the Company initially refused to hire me because I am male. Marquette is typically more apt to hire females (predominately White females) moreso than males-- and African American males in particular--for the Towboat Cook position. Likewise, Marquette and its health care provider, Healthworks Medical LLC (hereafter "Healthworks") created obstructions and inordinate delay in the hiring process between April 21, 2020 and August 17, 2020, for reasons not related to my ability to perform required functions of the Towboat Cook job or due to legitimate business necessity, but, instead, due to my being a male who had applied for said postion.

C. Disability Discrimination

I was discriminated against on the basis of disability by Marquette and Healthworks between April 21,2020 and August 17, 2020 as Healthworks made numerous requests for my medical records. Said requests were based on my truthful answers written on the pre-employment medical history questionnairre I filed out on April 21, 2020. Although I complied with Healthorks' continual medical requests, Healthwokrs upped the anty after each time records and notes were furnished by my private health care provider, and other providers I'd seen in the past, creating a pattern that showed Healthworks intended to use any part of my medical history it could as an excuse to prevent me from becoming empl- oyed with Marquette. Marquette had initially refused to intervene in the process until I put the Company on notice, on June 5, 2020, that i was possibly seeking to file a charge with the EEOC for discrimination. The medical records sought by Healthworks and even the health history questionnaire served no lawful, ligitimate business neccessity as my answers were used to weed me out as a candidate and disqualify me from employment with the

   Company. Additionally, according to the US Coast Guard Merchant Mariner's Medical
   Manual, as a Tow Boat Cook, i am classified as an Entry-Level Food Handler for which
   no medical screening is required since, in the capacity I serve in, I am not lagally
obligated
   to apply for any Coast Gaurd license and therefore undergo any medical screening or
   physical. A copy of the current US Coast Guard Merchant Mariner's Medical Manual is
   attached to this document as Plaintiff's Exhibit #1.

  D. Genetic Discrimination

   I was discriminated by Marquette and Healthworks on the basis of genetic discrimination
   on April 21, 2020, due to the mdeical questionairre from Healthworks questing all of my
   past medical recodrs from my private health care provider. Such records requests would
   have led to the discovery of my family medical history and was completely intrusive.

Side note: other events have transpired since my intial filing of my charge with the EEOC in August of 2020. Said events shall be brought before this honorable Court by me at very near future date as an addendum to this Complaint. I recently filed an additional charge with the EEOC against Marquette and I expect the Company to, again, change its stance in dealing with me to save face and give the appearance tht it is invoved in no wrondoing against me. Therefore, I am making these statements to put the Court on notice.

!. The discriminatory conduct of which i complain in this action includes failure to hire me initially (inordinate delay in the hiring process equaling a total of 10 months and five days), and unequal terms and conditions of my employment.

2. It is my best recolection that the alleged discriminatory acts occured between November 5, 2019 and August 17, 2020.

3. I believe that the Defendants are still continuing these acts against me.

4. Defendants discriminated against me based on my race/color, gender/sex, disability, and genetic information. I am an African Amercan male. I have Bipolar Disorder, PTSD, ADHD, Diverticulosis, Asthma, Acid Reflux GERD Disease and other maladies that interfere with and complicate several amjor life activities.

## IV. Exhaustion of Federal Administrative Remedies

 It is my best recollection that I filed a charge with the EEOC regarding the Defendants' all-

ged discriminatory conduct on August 31, 2020. The EEOC issued a right to sue letter on June 9, 2021.

## V. Relief

I am seeking $53,482.00 as backpay for all 286 days i was denied employment by Defendants and an additional $25,000.00 as punitive damages for the emotional distress and embarassment I've undergone due to Defendat's alleged actions.

## VI. Certification and Closing.

Under Federal Rule of Civil Proceedure 11,by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or neeedlessly increase the cost of litigation ; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Date of signing: September 7, 2021

Electronically Signed by: Benjamin K. Scott

Case 5:21-cv-00125-BJB-LLK   Document 1   Filed 09/07/21   Page 6 of 6 PageID #: 6