UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**BENJAMIN K. SCOTT**                                                                                   **PLAINTIFF**

v.                                                                                                       No. 5:21-cv-125-BJB

**MARQUETTE TRANSPORTATION**                                                               **DEFENDANTS**
**COMPANY, LLC AND HEALTHWORKS**
**MEDICAL, LLC,**

## FINAL JUDGMENT

      In light of the Court's opinion (DN 53) granting the Defendants' motion to dismiss for failure to prosecute (DN 52), the Court dismisses the case, denies all pending motions as moot, and strikes this case from the Court's active docket. This is a final order.

cc:   Plaintiff
      Counsel of record

Benjamin Beaton, District Judge
United States District Court

May 23, 2024